Douglas E. LITTLE, Personal Representative for the Estate of Theodore B. Gould, Plaintiff-Appellant,

v.

UNITED STATES of America, Commissioner of Internal Revenue John Koskinen; Loretta E. Lynch, Attorney General, Defendants-Appellees.

No. 15-2527

United States Court of Appeals, Fourth Circuit.

Submitted: October 28, 2016

Decided: December 16, 2016

Paul M. Donovan, Laroe, Winn, Moerman & Donovan, Washington, D.C., for Appellant. Caroline D. Ciraolo, Acting Assistant Attorney General, Bridget M. Rowan, Sherra Wong, Tax Division, United States Department of Justice, Washington, D.C., for Appellees.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas E. Little, as personal representative for the Estate of Theodore B. Gould, appeals from the district court's order dismissing Gould's complaint on the basis of sovereign immunity and res judicata. We have reviewed the record and find no re-

versible error. Accordingly, we affirm for the reasons stated by the district court. Gould v. United States, No. 3:15–cv–00038–NKM, 2015 WL 6957997 (W.D. Va. Nov. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED